IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv640-GCM

| | |
|---|---|
| JOHN EZE,<br>      Plaintiff,<br><br>    vs.<br><br>AMERICAN EQUIPMENT LEASING AND<br>FINANCE, INC., BLAKE BOLIN,<br>      Defendants. | **O R D E R** |

**THIS MATTER** is before the Court upon Plaintiff's Request to Proceed *In Forma Pauperis*, filed December 10, 2010, in the United States District Court for the Southern District of New York. (Doc. No. 1.) Plaintiff's Request and underlying civil complaint were transferred from the Souther District of New York to this Court on December 16, 2010. (Doc. Nos. 1, 2.)

Federal law requires that a plaintiff in a civil action pay a filing fee in the amount of $350.00, plus service fees and other costs. Although Plaintiff avers that he currently is unemployed and that he has received $6,000 in the last twelve months, he has failed to provide any information regarding his monthly expenses or other financial obligations. Consequently, the Court does not have sufficient information on which to base a decision regarding *in forma pauperis* status.

**IT IS, THEREFORE, ORDERED** that, along with a copy of this Order, the Clerk of Court shall mail Plaintiff a copy of the "Application to Proceed in District Court Without Prepaying Fees or Costs," which is the standard form used in this Court.

**IT IS FURTHER ORDERED** that Plaintiff shall file a completed "Application to Proceed in District Court Without Prepaying Fees or Costs" within thirty (30) days of the filing of this Order, or his Request to Proceed In Forma Pauperis shall be dismissed.

Signed: December 20, 2010

Graham C. Mullen
United States District Judge